DATE FILED: 12/5/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MONICA LUNA SAAVEDRA, *individually and on*
*behalf of others similarly situated,*

                                          *Plaintiff,*

                    -against-

MRS. BLOOM'S DIRECT, INC.
(d/b/a MRS. BLOOM'S), MRS.
BLOOM'S MOBILE LLC (d/b/a
MRS. BLOOM'S), OREN SHAPIRO,
and MAYBELLY GAMINEO,

                                          *Defendants.*

-------------------------------------------------------------------X

Docket No.: **17 CV 2180**
**(AJP)**

*BY ECF*

MEMO ENDORSED 12/5/17

*Granted - see 12/5/17 trial Transcript.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the undersigned

will move this Court, at the United States Courthouse for the Southern District of New York,

located at 500 Pearl Street, New York, New York, 10007, before the Honorable Andrew J. Peck

for an Order precluding Defendants from introducing or evincing at trial testimony concerning

Plaintiff's immigration status, social security numbers, and tax filing information.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be filed and

served so as to be received by the undersigned no later than _____.

        Dated:  New York, New York
                September 29, 2017

                                MICHAEL FAILLACE & ASSOCIATES, P.C.

                                By: ___*Michael Faillace*_____
                                        Michael Faillace
                                        60 East 42nd Street, Suite 4510
                                        New York, New York 10165

(212) 317-1200
*Attorneys for Plaintiff*


To:
Jeffrey K. Davis, Esq.
Davis & Associates, P.C.
520 White Plains Road, Suite 500
Tarrytown, NY 10591
Telephone: (914) 586-3529
Fax: (914) 992-9468
jeff@jeffdavisesq.com
*Attorney for Defendants*

2