UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MONICA LUNA SAAVEDRA,

        Plaintiff,                        17 Civ. 2180 (AJP)

    -against-

                                   **ORDER OF DISMISSAL ON CONSENT**

MRS. BLOOM'S DIRECT INC. et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on December 5, 2017, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction (through June 1, 2018) pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision.

        SO ORDERED.

DATED:        New York, New York
                   December 5, 2017

                                                       _____
                                                         **Andrew J. Peck**
                                                         United States Magistrate Judge

Copies **ECF** to:        All Counsel