UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| MONICA LUNA SAAVEDRA, et al., | : | |
| | : | 17-CV-2810 (OTW) |
| Plaintiffs, | : | 18-CV-8041 (OTW)(**Related**) |
| | : | |
| -against- | : | **NOTICE OF MOTION FOR RELIEF** |
| | : | **FROM JUDGMENT PURSUANT TO** |
| | : | **FED.R.CIV.P. 60(b)** |
| MRS. BLOOM'S DIRECT, INC., et al., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that based upon the annexed memorandum of law and pursuant to FED.R.Civ.P. 60(b), the undersigned will move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Ona T. Wang, for an Order granting Defendants' motion for relief from judgment entered against them on May 25, 2018 in case 17-CV-2810 (OTW).

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be filed no later than _____.

Dated:  Elmsford, New York
        April 5, 2019

                                        OREN SHAPIRO, ESQ.

                                        By:  /s/ Oren Shapiro

                                        Attorney for Defendants
                                        175 Clearbrook Road
                                        Elmsford, NY 10523