**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
MONICA LUNA SAAVEDRA, et al.,

                Plaintiffs,

     -against-

MRS. BLOOM'S DIRECT, INC., et al.,

                Defendants.
-----------------------------------------------------------x

17-CV-2180 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Judgment was entered in this case on May 25, 2018, with an abstract of judgment issued on January 30, 2019. (ECF 70). The Court subsequently denied Defendants' motion to set aside or stay the judgment. (ECF 115). Accordingly, by **December 12, 2019**, Plaintiff's counsel shall file a status letter indicating (1) whether Defendants have made payment on the judgment, and (2) whether any such payment has been disbursed to Plaintiff.

**SO ORDERED.**

Dated: December 4, 2019
       New York, New York

                                       *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                     United States Magistrate Judge