```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MONICA LUNA SAAVEDRA, et al.,           :
                                        :
                   Plaintiffs,          :    17-CV-2180 (OTW)
                                        :
        -against-                       :    ORDER
                                        :
MRS. BLOOM'S DIRECT, INC., et al.,      :
                                        :
                   Defendants.          :
                                        :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

By **Friday, March 6, 2020**, Plaintiff's counsel shall file a status letter on (1) whether Defendants have made any payment on the judgment, and (2) whether Plaintiff has received any additional disbursements other than the payment referenced in the January 9, 2020 status letter.

**SO ORDERED.**

                                                                                       _s/ Ona T. Wang_

Dated: February 26, 2020                                            **Ona T. Wang**
           New York, New York                                       United States Magistrate Judge