UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
MONICA LUNA SAAVEDRA, et al.,                   :
                                                 :
                              Plaintiffs,        :          17-CV-2180 (OTW)
                                                 :
              -against-                          :          **ORDER**
                                                 :
MRS. BLOOM'S DIRECT, INC., et al.,              :
                                                 :
                              Defendants.        :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By **Friday, October 8, 2021**, Plaintiff must file a status letter outlining in specific detail what efforts Plaintiff's counsel has made to collect on any judgment behalf of Plaintiff. On May 24, 2021, Plaintiff's counsel represented that "the business locations" against which "Plaintiff has a judgment . . . do not appear to be operating," (ECF 130), but Plaintiff has a judgment against Mrs. Bloom's Direct, Inc., Mrs. Bloom's Mobile LLC, **Oren Shapiro and Mayvellin Gamineo**. (ECF 70). Plaintiff's counsel must outline in detail what efforts it has made to collect from **all** Defendants against which Plaintiff has a judgment, including individual Defendants Shapiro and Gamineo. Plaintiff is directed to serve Defendants with a copy of this Order and file an affidavit of service of the same.

SO ORDERED.

                                                        _s/ Ona T. Wang_____
Dated: September 30, 2020                                    **Ona T. Wang**
       New York, New York                              United States Magistrate Judge