UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
MONICA LUNA SAAVEDRA, *individually
and on behalf of others similarly situated,*

Plaintiff,

-against-

MRS. BLOOM'S DIRECT, INC.
(d/b/a MRS. BLOOM'S), MRS.
BLOOM'S MOBILE LLC (d/b/a
MRS. BLOOM'S), OREN SHAPIRO,
and MAYBELLY GAMINEO,

Defendants.

----------------------------------x

No. 17-cv-02180-OTW

**SATISFACTION OF JUDGMENT**

      WHEREAS, a judgment was entered in the above action on the 25th day of May 2018, in favor of Plaintiff Monica Luna Saavedra against Defendants Mrs. Bloom's Direct, Inc. (d/b/a Mrs. Bloom's), Mrs. Bloom's Mobile LLC (d/b/a Mrs. Bloom's), Oren Shapiro, and Mayvellin Gamineo, jointly and severally, in the amount of $25,000.00, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      July 11, 2023

*[signature]*
Mary Bianco, Esq.
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200; Fax: (212) 317-1620
Email: mary@csm-legal.com
*Attorneys for Plaintiff*

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

      On the 11th day of July, 2023, before me personally came Mary Bianco, to me known and known an associate of the firm of CSM Legal, P.C., attorneys for Defendant in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

*[signature]*
Notary Public

RAMSHA A HASSAN
Notary Public, State of New York
No. 02HA6431864
Qualified in Queens County
Commission Expires April 18, 2026